**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6727**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROSARIO A. FIORANI, JR.,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-98-340-A)

―――――――――

Submitted:  July 22, 1999          Decided:  August 12, 1999

―――――――――

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Rosario A. Fiorani, Jr., Appellant Pro Se. G. David Hackney, Assistant United States Attorney,  Alexandria, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rosario Fiorani, Jr., appeals the district court's order denying his motion for grand jury transcripts at government expense. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Fiorani, No. CR-98-340-A (E.D. Va. Apr. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Fiorani's "motions to expedite appeal(s) on Appellant's requests for grand jury transcripts, all other transcripts from criminal trial and for appointment of new counsel, regarding criminal appeals," to the extent that they refer to this appeal, are denied as moot.

AFFIRMED